UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-02134-B |
| | § | |
| SCOTT PARNELL & ASSOCIATES PC, | § | |
| JUDITH MORGAN, TRAVELERS | § | |
| CASUALTY AND SURETY COMPANY | § | |
| OF AMERICA, MICHAEL J SCOTT PC, | § | |
| and LIBERTY MUTUAL INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING CASE

On December 10, 2015, Plaintiff notified the Court that he has settled with defendants in this case under Federal Rule of Civil Procedure 41 and that he now wishes to dismiss this case with prejudice. Doc. 31, Notice of Dismissal with Prejudice.

Accordingly, the Court **DISMISSES with prejudice** this case.

SO ORDERED.

SIGNED: January 11, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -